UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | CASE NO. 5:14-cv-02654-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| JOHN DOE subscriber assigned IP address | ) | |
| 71.72.54.51, | ) | |
| | ) | |
| Defendant. | ) | |

On December 4, 2014, Plaintiff submitted a proposed order that would allow Defendant to proceed anonymously in the lawsuit. At this time, the Court will not grant the order. *See, Malibu Media, LLC v. John Does 1-13,* 2012 WL 2325588 (E.D. N.Y. 2012); *see also, Malibu Media, LLC v. John Does 1-5,* 285 F.R.D. 273 (S.D.N.Y 2012).

IT IS SO ORDERED.

Dated: December 17, 2014                    _/s/ Judge John R. Adams_____
                                            UNITED STATES DISTRICT JUDGE